**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of _____ Columbia

TO:

T. Jackson, FOIA Specialist
5550 Friendship Blvd.
Chevy Chase,Md. 20815-7201

Civil Action, File Number ___ CA-07-332 RMC

Samuel L. Boyd

V.

U.S. Parole Commission, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

*07-332         3-7-07         DB*

If you do not complete and return copies 1 and 2 of this form within _____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within _____ days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

_____
(Signature, USMS Official)

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

_____
Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

T. Jackson

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   □ Agent
                  □ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                   3/7/07

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail   □ Express Mail
   □ Registered   □ Return Receipt for Merchandise
   □ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)
7003 2260 0000 4984 6751

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

RECEIVED

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copy 4 - USMS District Suspense

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:

P.Denson, Parole Member
5550 Friendship Blvd.
Chevy Chase,Md. 20815-7201

Civil Action, File Number **CA-07-332 RMC**

**Samuel L.Boyd**

V.

**U.S. Parole Commission, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

~~YOU MUST COMPLETE~~ 3-7-07    ~~PD~~ 07-332    TURN COPIES 1 AND 2 to the sender within

_____. If you are served on behalf of a corporation,
your signature your relationship to that entity. If
_____ st indicate under your signature your authority.

_____ days, you (or the party on whose behalf you
_____ mplaint in any other manner permitted by law.

_____ behalf you are being served) must answer the
_____ nt by default will be taken against you for the

_____ pt of Summons and Complaint By Mail was

_____ _____

SMS Official)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

P. Denton, Parole Member

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery 3/7/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

[postmark: STATION 20815  MAR 7 2007]

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    7003 2260 0000 4984 6737

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**COMPLAINT**

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

**RECEIVED**

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:

**U.S. Parole CBommision
5550 Friendship Blvd.
Chevy Chase,Md. 20815-7201**

Civil Action, File Number __CA-07-332 RMC__

__Samuel L. Boyd__

v.

**U.S. Parole Commission, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you ... complaint in any other manner permitted by law.

... se behalf you are being served) must answer the ... nt by default will be taken against you for the

... eipt of Summons and Complaint By Mail was

... USMS Official)

... COMPLAINT

... complaint in the above captioned manner at

... er and Street Name or P.O. Box No.

Signature _____

Relationship to Entity/Authority to Receive _____

Service of Process _____

Date of Signature _____

Form USM-299
(Rev. 6/95)

07-332    3-7-07    PD B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U. S. Parole Commissi—

2. Article Number
(Transfer from service label)        7003 2260 0000 4984 6768

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, ... address below:  ☐ No

3. Ser... Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

**RECEIVED**

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copy 4 - USMS District Suspense

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of _____ **Columbia**

TO:

A. Hunter, FOIA Specialist
5550 Friendship Blvd.
Chevy Chase, Md. 20815-7201

Civil Action, File Number  **CA-07-332 RMC**

**Samuel L. Boyd**

V.

**U.S. Parole Commission, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

_07-332          3-7-07     PDB_

.S. If you are served on behalf of a corporation, your signature your relationship to that entity. If st indicate under your signature your authority.

_____ days, you (or the party on whose behalf you mplaint in any other manner permitted by law.

e behalf you are being served) must answer the ent by default will be taken against you for the

ipt of Summons and Complaint By Mail was

_____ (SMS Official)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

A. Hunter, FOIA

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery  3/7/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

MAR 7 2007

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 2260 0000 4984 6744

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

COMPLAINT

complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

**RECEIVED**

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form USM-299
(Rev. 6/95)

U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:

Otis Thomas Examiner
5550 Friendship Bldd.
Chevy Chase, Md. 20815

Civil Action, File Number ___cA-07-332 RMC___

Samuel L. Boyd

V.

U.S. Parole Cpmmision, etal

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within
____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

3-6-07    07-332    BD

. If you are served on behalf of a corporation,
our signature your relationship to that entity. If
t indicate under your signature your authority.

— days, you (or the party on whose behalf you
mplaint in any other manner permitted by law.

e behalf you are being served) must answer the
ent by default will be taken against you for the

ipt of Summons and Complaint By Mail was

_____
USMS Official)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Otis Thomas, Examiner

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                 3/7/07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address           ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7003 2260 0000 4984 6713

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

D COMPLAINT

e complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___**Columbia**___

TO:

**Edward F.Reilly, Chairman**
**5550 Friendship Blvd/**
**Chevy Chase,MD. 20815**

Civil Action, File Number ___**CA-07-332 RMC**___

**Samuel L.Boyd**
V.

**U.S.Parole Commission, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within
_____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

~~YOU MUST SIGN AND DATE THE~~ ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation,
your signature your relationship to that entity. If
st indicate under your signature your authority.

67-332        3-7-07  BJB

_____ days, you (or the party on whose behalf you
omplaint in any other manner permitted by law.

e behalf you are being served) must answer the
ent by default will be taken against you for the

ipt of Summons and Complaint By Mail was

*USMS Official)*

ID COMPLAINT

he complaint in the above captioned manner at

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward F Reilly (Chairman

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
                                    3/7/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)      7003 2260 0000 4984 6720

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

**RECEIVED**

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT