UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SAMUEL L. BYRD, JR.,           )
                               )
            Plaintiff,         )
                               )
      v.                       )   Civil Action No. <u>07-0332 RMC</u>
                               )
U.S. PAROLE COMMISSION, et al.,)
                               )
            Defendants.        )
///////////////////////////////////////////////////////////

### <u>PLAINTIFF'S MOTION FOR CLASS CERTIFICATION</u>

Comes now, Samuel L. Byrd, Jr. ("Plaintiff") and respectfully moves this Honorable Court for Class Certification, pursuant to Federal Rules of Civil Procedure, Rule 23. The proposed class consists of "all of the District of Columbia Department of Corrections Inmates that were transferred into the custody of the U.S. Federal Bureau of Prisons and were denied parole under the said authority and supervision of the U.S. Parole Commission." <u>SUBPART C SECTION 2.70 AUTHORITY AND FUNCTIONS OF THE U.S. PAROLE COMMISSION WITH RESPECT TO DISTRICT OF COLUMBIA CODE OFFENDERS.</u>

(a) The U.S. Parole Commission shall exercise authority over District of Columbia Code Offenders pursuant to Section 11231 of the National Capitol Revitalization and Self-Government Improvement Act of 1997, Public Law 105-33, 111 stat. 712, and D.C. Code 24-409. The rules of Subpart (C), District of Columbia Code Prisoners and parolees, shall govern the operation of the U.S. Parole Commission with respect to D.C. Code offenders and shall constitute the parole rules of the District of

Columbia, as amended and supplemented pursuant to Section 11231(a)(2) of the act.

(b) The Commission shall have sole authority to grant parole, and to establish the conditions of release, for all District of Columbia Code prisoners who are serving sentences for felony offenses, and who are eligible for parole by statute, including offenders who have been returned to prison upon the revocation of parole or mandatory release. (D.C. Code 24-404 and 408). The above authority shall include youth offenders who are committed to prison for treatment and rehabilitation based on felony convictions under the D.C. Code. (D.C. Code 240904(a)).

(c) The Commission shall have authority to recommend to the Superior Court of the District of Columbia a reduction in the minimum sentence of a District of Columbia Code prisoner, if the Commission deems such recommendation to be appropriate. (D.C. Code 24-401(c)).

(d) The Commission shall have authority to grant parole to a prisoner who is found to be geriatric, permanently incapacitated, or terminally ill, notwithstanding the minimum term imposed by the sentencing court, (D.C. Code 24-461 through 467).

(e) The Commission shall have authority over all District of Columbia Code felony offenders who have been released on parole or mandatory release supervision, including the authority to return such offenders to prison upon an order of revocation. (D.C. Code 240406).

Plaintiff requests an oral hearing on this motion and the said appointment of counsel for the class action

Respectfully submitted,

*Samuel L. Byrd, Jr.*
Samuel L. Byrd, Jr. #02016-016

## CERTIFICATE OF SERVICE

I, Samuel L. Byrd, Jr. hereby certify that a true and correct copy of the foregoing, Plaintiff's Motion for Class Certification, was mailed postage pre-paid to: U.S. Attorney Office, Judiciary Center, 555 Fourth Street, N.W. Washington, D.C. 20001 on this 8th day of March, 2007.

The above is affirmed by the undersigned under penalty of perjury in accordance with 28 U.S.C. 1746.

/Samuel L. Byrd, Jr./
Reg. No. 02016-016
U.S. Penitentiary Big Sandy
P.O. Box 2068
Inez, KY 41224