UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL L. BYRD, JR., )
                     )
        Plaintiff,   )
                     )
v.                   )   Civil Action No. 07-0332 RMC
                     )
U.S. PAROLE COMMISSION, et al., )
                     )
        Defendants.  )

**RECEIVED**

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION TO ADDENDUM
## ALL CLASS REPRESENTATIVES IN REDRESS

Comes now, Samuel L. Byrd, Jr., the Plaintiff's Class-Representative and requests that this Honorable Court addendum all the class-representatives to C.A. No. 07-0332 RMC, etc., for the benefit of the Court and a more coherent representational unit. Such an addendum, Plaintiff believes would better serve the Court's interest as well as the individual class representative.

Dated this 8th day of March, 2007.

Respectfully submitted,

*/s/ Samuel L. Byrd, Jr.*
Samuel L. Byrd, Jr. #02916-016

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL L. BYRD, JR., )
)
       Plaintiff, )
)
v. ) Civil Action No. <u>07-0332 RMC</u>
)
U.S. PAROLE COMMISSION, et al., )
)
       Defendants. )
///////////////////////////////////////////////////////////////

<u>ORDER</u>

This Court having given consideration to the Plaintiff's motion for Class-Representation Addendum, Orders that All-Class-Representatives be so addendumed to Civil Action No. 07-0332 RMC as and with each Plaintiffs C.A. No.. All Class Representatives names will appear on all future filings.

Dated this_____day of _____, 2007.


/s/_____
U.S. Dist. Judge R. M. Collyer

## CERTIFICATE OF SERVICE

I, Samuel L. Byrd hereby certify that on this __8th__ day of __March__, 2007, I have served and mailed a true and correct copy of the foregoing, Plaintiff's Motion for Addendum Of All Class Representatives, postage pre-paid to: U.S. Attorney Office, Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. 20001.

The above is affirmed by the undersigned under penalty of perjury in accordance with 28 U.S.C. 1746.

_/Samuel L. Byrd_
Samuel L. Byrd