**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RECEIVED

MAR 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SAMUEL L. BYRD, JR.,                    )
                                        )
                Plaintiff,              )
                                        )
        v.                              )    Civil Action No. 07-0332 RMC
                                        )
U.S. PAROLE COMMISSION, et al.,         )
                                        )
                Defendants.             )
************************************

## MOTION FOR APPOINTMENT OF COUNSEL FROM
## THE COURT'S PRO BONO PANEL

Comes now, Samuel L. Byrd, moves this honorable court pursuant to Local Court Rules 83.10(A) and 83.11(A)(b)(1)(2) and (3) for Appointment of Counsel from the Court's Pro Bono panel. For the following reasons stated below, Plaintiff asks that said motion be granted:

1. This action is before this Honorable Court against the U.S. Parole Commission as a result of their continued policies and guidelines to circumvent the Ex Post Facto laws and deny D.C. Code offenders parole.

2. On March 8th, 2007, Plaintiff filed to this Honorable Court a motion seeking Class Certification because other parties now have interest in this matter.

3. On February 9th, 2007, Attorney Jason D. Wallach, representing Tony R. Sellon, et al., Civil Action No. 06-1650(ESH) filed a motion, "Notice of Related Case". (See Exhibit 1). Plaintiff's allegations also rest on the exact claim as both Attorney Wallach and that of Ali v. U.S. Parole Commission, No. 1:6-cv-00235-RLC.

4. Due to the complexity of this action, the potential merits of Plaintiff's claims, the inability of Plaintiff to retain counsel by any means, and the degree of total justice should be

scrutinized.

WHEREFORE, the Plaintiff's "Motion for Appointment of Counsel From the Court's Pro Bono Panel" should be granted.

The above stated is affirmed by the undersigned under penalty of perjury pursuant to 28 U.S.C. section 1746, this __*12th*__ day of __*March*__, 2007.


Respectfully submitted,


Samuel L. Byrd, Jr.
Reg. No. 02016-016

## CERTIFICATE OF SERVICE

I, Samuel L. Byrd, Jr., hereby certify that a copy of the foregoing, "Motion for

Appointment of Counsel From the Court's Pro Bono Panel", was mailed postage pre-paid to:

U.S. Attorney Office, Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. 20001, on

this _12th_ day of _March_ , 2007.


Samuel L. Byrd, Jr.