UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAMUEL L. BYRD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-332 (RMC) |
| v. | ) | |
| | ) | |
| U.S. PAROLE COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff has filed a motion for the appointment of counsel. Because Plaintiff has been granted leave to proceed *in forma pauperis*, the Court may ask an attorney to represent him. 28 U.S.C. §1915(e)(1). In making such a determination, the Court takes into account:

    (i)    the nature and complexity of the action;
    (ii)   the potential merit of the *pro se* party's claims;
    (iii)  the demonstrated inability of the *pro se* party to retain counsel by other means; and
    (iv)  the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Local Rule 83.11(b)(3).

Applying these factors, the Court finds that the appointment of counsel is not merited at this time. It is too early in the litigation to determine whether counsel should be appointed. Defendants' answer is not yet due. Moreover, Plaintiff is not entitled to counsel in a civil case as of right. There are not enough members of the Civil Pro Bono Panel to appoint counsel in each case.

Accordingly, it is hereby

**ORDERED** that Plaintiff's motion for the appointment of counsel [Dkt. No. 9] is

**DENIED WITHOUT PREJUDICE**.

**SO ORDERED.**

/s/
ROSEMARY M. COLLYER
United States District Court

DATE: March 19, 2007