UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SAMUEL L. BYRD, JR. #02016-006      )
USP- Big Sandy, P.O. BOX 2068       )
Inez, KY 41224                      )
                                    )
        Plaintiff,                 )
                                    )
        v.                         )
                                    )   Case No: 07-0332 (RMC)
U.S. PAROLE COMMISSION              )
EDWARD F. REILLY, JR- Chairman      )
OTIS THOMAS- Examiner               )
P. DENTON- Parole Member            )
JOHN DOE #1- Parole Member          )
T. JACKSON- F.O.I.A. Technician     )
A. HUNTER- F.O.I.A. Specialist      )
JOHN DOE #2- Parole Member          )
                                    )
        Defendants.                )
_____)

**NOTICE OF ENTRY OF ATTORNEY APPEARANCE**

      **THE CLERK OF THE COURT** will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel of record for the, Defendants in their official capacity only in the above-captioned civil action.

                                                             /s/
                                        QUAN K. LUONG
                                        Special Assistant United States Attorney
                                          555 4th Street, N.W. - Room E4417
                                          Washington, D.C. 20530
                                          (202) 514-1950
                                          quan.luong@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  25th day of April, 2007, a true and correct copy of the foregoing Entry of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

**SAMUEL L. BYRD, JR. #02016-006**
USP- BIG SANDY
P.O. BOX 2068
INEZ, KY 41224

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530