UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAMUEL L. BYRD,<br><br>　　Plaintiff<br><br>　　v.<br><br>UNITED STATES PAROLE COMMISSION<br>　　et al.<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-0322 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' NOTICE OF CORRECTED FILING AND MOTION FOR THE
COURT TO ACCEPT DEFENDANTS' LATE MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

　　Defendants United States Parole Commission, Edward F. Reilly, Jr., Otis Thomas, P.Denton, John Doe #1 and #2, T. Jackson, and A. Hunter, in their official capacity only, respectfully file this notice of corrected filing and request that the Court strike Defendants' motion earlier filed as Docket Entry 13.

　　Defendants also respectfully move for leave to file out of time Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint. In support of this request, Defendants state as follows:

　　1.　Undersigned counsel has been engaged in preparations for a trial before Magistrate Judge Robinson that was scheduled to begin on May 7, 2007. Though the trial date was vacated on the eve of trial, due to preparations for trial and the press of other work, counsel has been unable to file this request for enlargement at an earlier date. Defendants have endeavored to file this motion without any further delay and aver

that granting it will not result in any prejudice to the Plaintiff.

2. Defendants United States Parole Commission and individual federal defendants Edward F. Reilly, Jr., Otis Thomas, P. Denton, John Doe #1 and #2, T. Jackson, and A. Hunter, in their official capacity only, respectfully move for an enlargement of time for all defendants to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure.[1]  According to the Court's docket, the response of certain defendants was due on May 7, 2007 and the response of the Parole Commission is due on May 14, 2007. Defendants request an enlargement of time until June 13, 2007, for all federal defendants in both their individual and official capacities, to file an answer or otherwise respond to the complaint.

3. Plaintiff, a *pro se* prisoner, bring this action against the United States Parole Commission and the above named Parole Commission employees in their official and individual capacities. Plaintiff has not completed proper service on the defendants in their individual capacities at this time.

4. Because it is a Bivens action, the individual federal defendants sued in their personal capacity, have the opportunity to request legal representation by the Department of Justice ("DOJ"), pursuant to 28 C.F.R. § 50.15. The decision whether to grant such representation is made by the Torts Branch of DOJ headquarters and, if the requests are approved, this Office would likely be appointed as counsel. The process begins,

---

[1] In making this motion for an extension of time, defendants do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including failure to effect proper service, lack of personal jurisdiction, and absolute and qualified immunity from suit.

however, with a request from the federal employees and their respective agency. Defendants have started, but have not completed, the process of requesting DOJ representation from the Torts Branch.  Accordingly, this Office cannot yet represent the defendants in their individual capacities once they are properly served.

5. Because the defenses of the federal defendants in their individual and official capacities will be quite similar, it makes sense for the Court to permit this Office to present a single response to the complaint at one time.  Therefore, the enlargement will serve judicial economy.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

                      Respectfully submitted,

                      _____/s/_____
                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                      United States Attorney

                      _____/s/_____
                      RUDOLPH CONTRERAS, D.C. BAR # 434122
                      Assistant United States Attorney

                      _____/s/_____
                      QUAN K. LUONG
                      Special Assistant United States Attorney
                      555 Fourth Street, N.W., Room E-4417

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

Case 1:07-cv-00332-RMC    Document 14    Filed 05/11/2007    Page 4 of 5

CERTIFICATE OF SERVICE

      I certify I caused copies of the foregoing "Defendants' Notice of Corrected Filing and Motion for the Court to Accept Defendants' Late Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint" served by first class mail upon *pro se* plaintiff at:

      **SAMUEL L. BYRD**
      #02016-016
      UNITED STATES PENITENTIARY – BIG SANDY
      P.O. Box 2068
      Inez, KY 41224

on this 11th day of May, 2007.

                                              _____/s/_____
                                              QUAN K. LUONG
                                              Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. BYRD, <br><br> Plaintiff <br><br> v. <br><br> UNITED STATES PAROLE COMMISSION <br> et al. <br><br> Defendants. | Civil Action No. 07-0322 (RMC) |

**ORDER**

UPON CONSIDERATION of the Defendants' Notice of Corrected Filing and Motion for the Court to Accept Defendants' Late Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the Court will accept out of time Defendants' motion to enlarge time to file answer or otherwise respond to complaint.

FURTHER ORDERED that all federal Defendants shall file an answer or dispositive motion on or before June 13, 2007.

_____
UNITED STATES DISTRICT JUDGE