UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. BYRD, <br><br> Plaintiff <br><br> v. <br><br> UNITED STATES PAROLE COMMISSION <br> et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-0322 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' SECOND MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendants United States Parole Commission, Edward F. Reilly, Jr., Cranston Mitchell, Patricia Cushwa, Deborah A. Spagnoli, Isaac Fulwood, Jr., Otis Thomas, P. Denton, John Doe #1 and #2, Tarnisha Jackson, and Anissa N. Hunter, in their official capacity only, respectfully move for an enlargement of time for all federal defendants to file an answer or otherwise respond to the recently amended complaint in this case, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure.[1]  In support of this motion, Defendants state as follows:

1. Defendants' answer or response to Plaintiff's original complaint was due on June 13, 2007.  However, on or around June 1, 2007, Defendants received via electronic case filing (ECF) notice of Plaintiff's Motion for Leave to File an Amended Complaint.  *Docket Entry 16*.  On June 6, 2006, the Court granted the Plaintiff's motion to file the amended complaint.

2. On June 8, 2007, Defendants received in the mail a copy of the same Plaintiff's

---

[1] Plaintiff's amended complaint does not assert any claims against any Defendants in their individual capacity.  Plaintiff appears to have abandoned his *Bivens* claims.

Motion for Leave to File an Amended Complaint. Though Plaintiff's certificate of service indicates that he deposited the motion into the mail on May 24, 2007, the postmark on the envelope states May 30, 2007.

      3. Due to the press of other work, the undersigned Special Assistant United States Attorney (SAUSA) requires additional time to review the Plaintiff's amended complaint and to coordinate with the Agency counsel the Defendants' response to the amended complaint. Defendant anticipates filing a dispositive motion.

      4. Defendants request a brief two week enlargement of time until June 27, 2007, for all federal defendants to file an answer or otherwise respond to the complaint.[2]

      Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[3]

                                            Respectfully submitted,

                                            _____/s/_____
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

---

    [2] Given Plaintiff's amended complaint, the undersigned SAUSA believes that Defendants' response is now due either June 18, 2007 (using the May 30, 2007 postmark date as the effective date of service) or June 20, 2007 (using the June 1, 2007 ECF notice as the effective date of service). In an abundance of caution, however, Defendants file this motion and stylize it as a motion for enlargement to ensure that all parties are in agreement with regards to the due date for Defendant's answer/response to the amended complaint.

    [3] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendant's Second Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

> **SAMUEL L. BYRD**
> #02016-016
> UNITED STATES PENITENTIARY – BIG SANDY
> P.O. Box 2068
> Inez, KY 41224

on this 13th day of June, 2007.

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. BYRD, | ) |
| Plaintiff | ) ) ) ) ) Civil Action No. 07-0322 (RMC) |
| v. | ) ) |
| UNITED STATES PAROLE COMMISSION et al. | ) ) ) |
| Defendants. | ) ) |

**ORDER**

UPON CONSIDERATION of the Defendants' Second Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that federal Defendants shall file an answer or dispositive motion on or before June 27, 2007.

_____
UNITED STATES DISTRICT JUDGE