United States District Court

For The District of Columbia

07-332

Samuel L. Byrd,

    Plaintiff

Vs.

U.S. Parole Commission, et. al

    Defendants

Civil Action No. <u>00332</u>

( RMC )

Judge Rosemay Collyer

## Motion for Extention of Time
## To Respond to Defendant's Motion to Dismiss

    Comes now, Samuel L. Byrd, Plaintiff pro-se, and respectfully request an extention of time to respond to Defendant's motion. As grounds for this request of 60 days from this Honorable Court Plaintiff states the following:

1. Plaintiff is a pro-se litigate with limited experience in the complicated science of civil law.
2. Because of the complexities of the issues and the defendant's use of various case law, Plaintiff will need additional time in the prison law library ( with his limited space for the 1400 inmates.) to perfect his response.
3. Plaintiff is required to perform prison duties from 7:30 to 3:30, count ( 4:00 to 5:00) and then have free time for about 3 1/2 hours. However, said prison is a high security prison and has been subject to many lock-downs. As such, Plaintiff has requested this extension to allow ample time to response, taking into consideration the hinderances he is routinely faced with inside a U.S. Penitentiary.
4. A 60 day extention should not prejudice the Defendant's defense nor tilt the scale of justice in the Plaintiff's favor.

    WHEREFORE, Plaintiff prays that he is given and allowed to litigate this case at bar by "Granting" him an additional 60 days from July 30, 2007 to September 30, 2007.

Respectfully Submitted,

(s) _Samuel Byrd_

Samuel L. Byrd (pro-se)

**RECEIVED**

JUL 1 6 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

## Certificate of Service

      I Hereby Certify that I, Samuel L. Byrd, deposited in the mailbox at USP Big Sandy, P.O. Box 2068, Inez, Ky. 41224, on this 12th day of July, 2007, a true and correct copy of the foregoing "Motion For Extention of Time to Respond to Defendant's Motion to Dismiss" by first class mail postage pre-paid to: Quan K. Luong, Special Assistant U.S. Attorney, U.S. Attorney's Office, Judiciary Center Building, 555 4th Street, N.W. - Room E 4417 Washington, D.C. 20530.

/s/ Samuel L. Byrd
Samuel L. Byrd # 02016-016
USP Big Sandy
P.O. Box 2068
Inez, Ky. 41224