UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. BYRD,<br>          Plaintiff | )<br>)<br>)<br>)<br>) |
| -vs- | ) Civil Action No. 07-0332 (RMC)<br>) |
| UNITED STATES PAROLE COMMISSION<br>   et al.<br>          Defendants | )<br>)<br>) |

RECEIVED
AUG 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### MOTION FOR CHANGE OF VENUE

The plaintiff, **SAMUEL L. BYRD, pro se** (hereinafter referred to as "Byrd"), respectfully represents unto this Honorable Court as follows in support of his **MOTION FOR CHANGE OF VENUE** herein:

1. The United States has filed a motion to dismiss and motion for summary judgment objecting to this court's lack of proper venue. Relying upon 28 U.S.C. §1391(e), the United States asserts that the venue provision for lawsuits against employees of the United States acting in their official capacities or any agency of the United States provides that venue is proper in one of the following three districts:

   a. Where a defendant in the action resides;

   b. Where a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

   c. Where the plaintiff resides if no real property is involved in the action.

2. The allegations in the Amended Complaint herein are against the United States Parole Commission and several officers, agents, and employees. The defendants' criticisms with respect to venue are well-taken--the District of Columbia is not the proper venue

for the current complaint for injunction.

3. A substantial part of the events or omissions giving rise to the claim herein occurred in the Eastern District of Kentucky.

4. No real property is involved in the current action.

5. For legal purposes, Byrd must be deemed a legal resident of the Commonwealth of Kentucky. The U. S. Penitentiary-Big Sandy, in which Byrd is housed as a federal prisoner, is located and situated in the Eastern District of Kentucky. Thus, Byrd, the plaintiff herein, is a resident within the Eastern District of Kentucky.

6. Based upon the foregoing criteria, the proper venue for the current action is the Eastern District of Kentucky, Pikeville Division.

7. Title 28 U.S.C. §1406 states as follows:

> (a) The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.

8. It is well within the interest of justice that the current matter be transferred to the United States District Court, Eastern District of Kentucky, Pikeville Division.

**WHEREFORE,** the plaintiff, **SAMUEL L. BYRD, pro se,** respectfully requests that this Honorable Court enter an order transferring venue in the current legal action to the United States District Court, Eastern District of Kentucky, Pikeville Division; and the plaintiff respectfully requests such other and further general relief that this Honorable Court might deem just, fair, and appropriate herein.

*Samuel L. Byrd Jr.*
**SAMUEL L. BYRD**
**Pro Se**

## CERTIFICATE OF SERVICE

I, **SAMUEL L. BYRD,** do hereby certify that a true copy of the foregoing **MOTION FOR CHANGE OF VENUE** was duly forwarded via first-class U. S. Mail, postage pre-paid, to Quan K. Luong, Special Assistant U. S. Attorney, 555 Fourth Street, N.W., Room E-4417, Washington, D. C. 20530, this 13th day of Aug. 2007.

*Samuel L. Byrd, Jr.*
SAMUEL L. BYRD
Pro Se