UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. BYRD, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES PAROLE COMMISSION )<br>   et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 07-0332 (RMC) |

**DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO (1) PLAINTIFF'S
SECOND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT,
(2) PLAINTIFF'S MOTION FOR CHANGE OF VENUE, AND
(3) PLAINTIFF'S REPLY TO DEFENDANTS' MOTION TO
DISMISS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Defendants respectfully move for a brief enlargement of time to respond to the Plaintiff's following pleadings: (a) Plaintiff's Second Motion for Leave to File Amended Complaint; (b) Plaintiff's Motion for Change of Venue; and (c) Plaintiff's Reply to Defendants' Motion to Dismiss, or in the Alternative for Summary Judgment. In support of this request, defendants states as follows:

(1) On or around August 15, 2007, defendants received ECF notification of the above-referenced pleadings. See Docket Entries 22, 23, and 24. Plaintiff attached certificates of service stating that he placed these pleadings into the mail on August 13, 2007. Id. By defendant's determination, its responses to the first two pleadings (i.e. second motion for leave to file amended complaint and motion for change of venue) are due on August 27, 2007 and its reply to the third pleading (reply to defendants' motion to dismiss) is due on or about August 23, 2007.

(2)     In plaintiff's three pleadings, its appears that he: (a) is conceding that venue in the United States District Court is improper and (b) is amending his complaint to now raise Bivens claims.

(3)     The undersigned counsel requires additional time to prepare the defendants' responses. Specifically, the undersigned counsel will be out of the office, in training, from August 21 through 24, 2007. Moreover, the undersigned counsel has a number of pleadings due the week of his return to the office, August 27 through 31, 2007, including pleadings in two FOIA cases (i.e. Barbosa v. DEA, civil action no. 07-1052 and Dockery v. EOUSA, civil action no. 07-0318) and two pleadings in an employment discrimination case (McAlister v. USPS, civil action no. 07-0016).

(4)     Defendants intend to file one consolidated response to these three pleadings. Allowing defendants additional time to prepare one consolidated response will aid both the parties and the Court in the development and resolution of this case. This extension is sought in good faith and will not unfairly prejudice any party.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, based on the foregoing, defendants respectfully requests that the time for

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

responding to the plaintiff's three above pleadings be enlarged so that defendants have until September 17, 2007 to submit one consolidated response.

                Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 20th day of August, 2007, I caused service of the foregoing **DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND** to be made on the *pro se* plaintiff via first class mail:

        **SAMUEL L. BYRD**
        USP – Big Sandy
        P.O. Box 2068
        Inez, KY 41224

                        Respectfully submitted,

                        _____/s/_____
                        QUAN K. LUONG
                        Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL L. BYRD, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 07-0332 (RMC) |
| UNITED STATES PAROLE COMMISSION et al. | ) |
| Defendants. | ) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion to Enlarge Time to Respond, the grounds stated therefor and the entire record in this matter, it is by the Court this \_\_\_\_ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that defendants shall file a response to the following pleadings on or before September 17, 2007:  (a) Plaintiff's Second Motion for Leave to File Amended Complaint, see Docket Entry 23; (b) Plaintiff's Motion for Change of Venue, see Docket Entry 24; and (c) Plaintiff's Reply to Defendants' Motion to Dismiss, or in the Alternative for Summary Judgment, see Docket Entry 22.

_____
UNITED STATES DISTRICT JUDGE