Samuel L. Byrd, Jr.
Reg. No. 02016-016
F.C.I. McKean
P.O. Box 8000
Bradford, PA. 16701

Dec. 10, 2007

Case No. 07-0332 (RMC)

Dear Clerks' Office,

I'm writing to inform the court that I've been transferred from USP-Big Sandy to my current address here. I left the latter address on or about Oct 10th and arrived here Dec. 7th. I recall the government was suppose to answer my petition so if there are any new developments please let me know or forward any decisions in the above case. Also, I am hopeful your office will inform the judge in this matter. I thank you for your attention in this matter.

Sincerely Yours,
Samuel L. Byrd

RECEIVED
DEC 14 2007
NANCY MAYER WHITTINGTON, CLERK